**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DESHAWN MALONE, | No. 07-16587 |
| Plaintiff - Appellant, | D.C. No. 2:03-cv-00363-FCD-KJM |
| v. | |
| MARTINEZ, Correctional Officer, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Frank C. Damrell, Jr., District Judge, Presiding

Submitted April 5, 2010[**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Deshawn Malone, a California state prisoner, appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendant

violated his right of access to courts.  We have jurisdiction under 28 U.S.C.

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1291.  We review de novo, *Jones v. Blanas*, 393 F.3d 918, 926 (9th Cir. 2004), and we affirm.

Malone claimed that defendant failed to give him a partially completed complaint and supporting materials that Malone had requested from his personal property.  The district court properly granted summary judgment because Malone failed to raise a triable issue as to whether he suffered an actual injury as a result of defendant's alleged conduct.  *See Lewis v. Casey*, 518 U.S. 343, 351-53 (1996) (describing actual injury requirement); *Jones*, 393 F.3d at 936 (affirming summary judgment on access to courts claim on the ground that plaintiff did not show "injury, such as inability to file a complaint or defend against a charge").

Malone's remaining contentions are unpersuasive.

**AFFIRMED.**

07-16587